THE UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:  1:19CR007 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **NOTICE OF POSSIBLE** |
| | ) | **UPWARD VARIANCE** |
| ARTHUR WORTHY, II, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This Court hereby gives notices of a possible upward variance as it relates to Defendant Arthur Worthy, II based upon the following 18 U.S.C. § 3553(a) factors:

1. The nature and circumstances of the offense.

2. The history and characteristics of the defendant, including his criminal history and his conduct while incarcerated awaiting sentencing in this matter.

3. The need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence to criminal conduct, and to protect the public from further crimes of the defendants.

IT IS SO ORDERED.

June 20, 2019          _____/s/ Judge John R. Adams_____
Date                              JUDGE JOHN R. ADAMS
                                      UNITED STATES DISTRICT COURT